IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| JOEL L. BEILBY, | ) | |
| | ) | Civil Action No. 1:18-cv-00272-RSK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | HON. RAY KENT |
| NANCY A. BERRYHILL, | ) | UNITED STATES MAGSITRATE JUDGE |
| ACTING COMMISIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED: July 6, 2018 .

/s/ Ray Kent
_____
Hon. Ray Kent
UNITED STATES MAGSITRATE JUDGE